Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-459-379**

**Effective Date of Registration:**
May 01, 2025
**Registration Decision Date:**
August 27, 2025

---

## Title

    **Title of Work:** Sea Turtles

## Completion/Publication

    **Year of Completion:** 2023
    **Date of 1st Publication:** June 27, 2023
    **Nation of 1st Publication:** Poland

## Author

    • **Author:** Elzbieta Malyska
    **Author Created:** 2-D artwork
    **Citizen of:** Poland

## Copyright Claimant

    **Copyright Claimant:** Elzbieta Malyska
    Snopków 114B, Jastków, 21-002, Poland

## Rights and Permissions

    **Name:** Elzbieta Malyska
    **Email:** elzbieta.malyska@gmail.com
    **Address:** Snopków 114B
    Jastków 21-002 Poland

## Certification

    **Name:** David Denholm
    **Date:** May 01, 2025
    **Applicant's Tracking Number:** EM2025043002



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-453-261**

**Effective Date of Registration:**
May 01, 2025
**Registration Decision Date:**
July 21, 2025

---

## Title

**Title of Work:** Bird Garden

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** November 21, 2022
**Nation of 1st Publication:** Poland

## Author

- **Author:** Elzbieta Malyska
  **Author Created:** 2-D artwork
  **Citizen of:** Poland

## Copyright Claimant

**Copyright Claimant:** Elzbieta Malyska
Snopków 114B, Jastków, 21-002, Poland

## Rights and Permissions

**Name:** Elzbieta Malyska
**Email:** elzbieta.malyska@gmail.com
**Address:** Snopków 114B
Jastków 21-002 Poland

## Certification

**Name:** David Denholm
**Date:** May 01, 2025
**Applicant's Tracking Number:** EM2025043001



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-459-215**
**Effective Date of Registration:**
May 01, 2025
**Registration Decision Date:**
August 26, 2025



## Title

   Title of Work: Subtle Boho Flowers

## Completion/Publication

   Year of Completion: 2023
   Date of 1st Publication: January 31, 2023
   Nation of 1st Publication: Poland

## Author

   • Author: Elzbieta Malyska
   Author Created: 2-D artwork
   Citizen of: Poland

## Copyright Claimant

   Copyright Claimant: Elzbieta Malyska
   Snopków 114B, Jastków, 21-002, Poland

## Rights and Permissions

   Name: Elzbieta Malyska
   Email: elzbieta.malyska@gmail.com
   Address: Snopków 114B
   Jastków 21-002 Poland

## Certification

   Name: David Denholm
   Date: May 01, 2025
   Applicant's Tracking Number: EM2025043003



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-459-389**

**Effective Date of Registration:**
May 01, 2025

**Registration Decision Date:**
August 27, 2025

---

## Title

**Title of Work:** Subtle Watercolor Flowers

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** June 09, 2022
**Nation of 1st Publication:** Poland

## Author

- **Author:** Elzbieta Malyska
  **Author Created:** 2-D artwork
  **Citizen of:** Poland

## Copyright Claimant

**Copyright Claimant:** Elzbieta Malyska
Snopków 114B, Jastków, 21-002, Poland

## Rights and Permissions

**Name:** Elzbieta Malyska
**Email:** elzbieta.malyska@gmail.com
**Address:** Snopków 114B
Jastków 21-002 Poland

## Certification

**Name:** David Denholm
**Date:** May 01, 2025
**Applicant's Tracking Number:** EM2025043004

Page 1 of 2

